UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re _Stanley Brody_  ) Case No. _13-11721_
                    Debtor(s) )

**FILED SEP 6 2013 U.S. BANKRUPTCY COURT SANTA ROSA, CA**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

_____
Signature of Debtor's Attorney or Pro Per Debtor

11/90

LYNN H. CHOU
C/O JOSHUA P. FRIEDMAN & ASSOC.
9903 SANTA MONICA BLVD #1108
BEVERLY HILLS, CA 90212