## United States Bankruptcy Court
### Northern District of California

In re **Stanley Herbert Brody**  
Debtor(s)

Case No. **13-11721**  
Chapter **7**

## CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of **3** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **November 15, 2013**

**/s/ Michele M. Poteracke**
Signature of Attorney
**Michele M. Poteracke**
**Law Office of Michele M. Poteracke**
**850 Third Street**
**Santa Rosa, CA 95404**
**707 571-1109   Fax: 707 5406287**

Advanta Bank Corp
P.O. Box 844
Spring House, PA 19477


American Express
PO Box 981535
El Paso, TX 79998-1535


American Revenue Management
P.O. Box 2122
Oakland, CA 94621


Asset Acceptance Corp
P.O. Box 2036
Warren, MI 48090-2036


Asset Recovery
PO Box 2036
Warren, MI 48090


Bank of America
Business Card
P.O. Box 15184
Wilmington, DE 19850-5184


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285


Citibank (South Dakota), N.A.
Citi Cards
Box 6500
Sioux Falls, SD 57117

CitiBusiness Card
P.O. Box 44180
Jacksonville, FL 32231-4180


Cushman Rexrode Capital Corporation
2080 Mountain Blvd, Ste 203
Oakland, CA 94611


Direct TV Customer Service
PO Box 6550
Englewood, CO 80155-6550


GE Capital Retail Bank
Attn: Bankruptcy Dept
P.O. Box 103104
Roswell, GA 30076-3104


GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL 33131-1605


Grant & Weber
26575 West Agoura Rd
Calabasas, CA 91302


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


James Carroll
NorCal Urology Medical Group
3300 Webster St #710
Oakland, CA 94609

Larry Tristano
6855 Melita Rd
Santa Rosa, CA 95409


LVNN Funding, LLC
P.O. Box 10497
Greenville, SC 29603-0584


Lynn H. Chou
PO Box 60416
Palo Alto, CA 94306


Midland Funding
P.O. Box 1259
Oaks, PA 19456


NCO Financial Systems, Inc.
P.O. Box 15760, Dept 07
Wilmington, DE 19850-5760


Portfolio Recovery
120 Corporate Blvd
PO Box 12914
Norfolk, VA 23541-2914


Rash Curtis & Associates
2280 Diamond Blvd, Ste 52
Concord, CA 94520


San Mateo Medical Center
222 West 39th Avenue
San Mateo, CA 94403