# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: BRODY, STANLEY HERBERT  § Case No. 13-11721
 §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Timothy W. Hoffman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $53,827.06                Assets Exempt: $40,775.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,104.34      Claims Discharged
                                                 Without Payment: $683,909.02

Total Expenses of Administration: $6,689.76

---

3) Total gross receipts of $ 21,794.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,794.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case: 13-11721   Doc# 76   Filed: 07/17/15   Entered: 07/17/15 09:54:32   Page 1 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,689.76 | 6,689.76 | 6,689.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 699,013.36 | 699,013.36 | 15,104.34 |
| **TOTAL DISBURSEMENTS** | $0.00 | $705,703.12 | $705,703.12 | $21,794.10 |

4) This case was originally filed under Chapter 7 on September 06, 2013. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2015   By: /s/Timothy W. Hoffman
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank, ck'ing acct xxxxxx3987 [$10k of this | 1129-000 | 9,997.97 |
| E-Trade | 1129-000 | 2,338.63 |
| Wine collection [altough retail value may be $10 | 1129-000 | 9,457.50 |
| **TOTAL GROSS RECEIPTS** | | **$21,794.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Timothy W. Hoffman | 2100-000 | N/A | 2,929.41 | 2,929.41 | 2,929.41 |
| Timothy W. Hoffman | 2200-000 | N/A | 70.49 | 70.49 | 70.49 |
| West Auctions | 3610-000 | N/A | 1,134.90 | 1,134.90 | 1,134.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| West Auctions | 3620-000 | N/A | 1,005.23 | 1,005.23 | 1,005.23 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3410-000 | N/A | 1,173.00 | 1,173.00 | 1,173.00 |
| Kokjer, Pierotti, Maiocco & Duck, LLP | 3420-000 | N/A | 70.52 | 70.52 | 70.52 |
| International Sureties, LTD | 2300-000 | N/A | 62.21 | 62.21 | 62.21 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.36 | 13.36 | 13.36 |
| Rabobank, N.A. | 2600-000 | N/A | 19.50 | 19.50 | 19.50 |
| Rabobank, N.A. | 2600-000 | N/A | 27.22 | 27.22 | 27.22 |
| Rabobank, N.A. | 2600-000 | N/A | 30.00 | 30.00 | 30.00 |
| Rabobank, N.A. | 2600-000 | N/A | 29.01 | 29.01 | 29.01 |
| Rabobank, N.A. | 2600-000 | N/A | 25.23 | 25.23 | 25.23 |
| Rabobank, N.A. | 2600-000 | N/A | 31.73 | 31.73 | 31.73 |
| Rabobank, N.A. | 2600-000 | N/A | 27.95 | 27.95 | 27.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,689.76 | $6,689.76 | $6,689.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 3,202.86 | 3,202.86 | 97.90 |
| 2 | Asset Acceptance LLC | 7100-000 | N/A | 124,722.21 | 124,722.21 | 3,812.17 |
| 3 | Asset Acceptance LLC | 7100-000 | N/A | 7,351.08 | 7,351.08 | 224.69 |
| 4 | Discover Bank | 7100-000 | N/A | 3,525.32 | 3,525.32 | 107.75 |
| 5 | Lynn H. chou | 7100-000 | N/A | 203,827.00 | 203,827.00 | 6,230.04 |
| 6 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 11,358.61 | 11,358.61 | 347.18 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 3,662.35 | 3,662.35 | 111.94 |
| 8 | Cushman Rexrode Capital Corporation | 7100-000 | N/A | 136,516.47 | 136,516.47 | 4,172.67 |
| NOCLAIM | Direct TV Customer Service | 7100-000 | N/A | 465.00 | 465.00 | 0.00 |
| NOCLAIM | County of San Mateo | 7100-000 | N/A | 5,593.00 | 5,593.00 | 0.00 |
| NOCLAIM | James Carroll/NorCal Urology Medical Group | 7100-000 | N/A | 135.00 | 135.00 | 0.00 |
| NOCLAIM | San Mateo Medical Center | 7100-000 | N/A | 7,976.00 | 7,976.00 | 0.00 |
| NOCLAIM | Joshua P. Friedman | 7100-000 | N/A | 127,811.46 | 127,811.46 | 0.00 |
| NOCLAIM | Larry Tristano | 7100-000 | N/A | 40,000.00 | 40,000.00 | 0.00 |
| NOCLAIM | GE Capital Retail Bank | 7100-000 | N/A | 2,318.00 | 2,318.00 | 0.00 |
| NOCLAIM | Advanta Bank Corp | 7100-000 | N/A | 20,549.00 | 20,549.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $699,013.36 | $699,013.36 | $15,104.34 |

**UST Form 101-7-TDR (10/1/2010)**

Case: 13-11721    Doc# 76    Filed: 07/17/15    Entered: 07/17/15 09:54:32    Page 5 of 9

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11721  
**Case Name:** BRODY, STANLEY HERBERT  

**Trustee:** (007810) Timothy W. Hoffman  
**Filed (f) or Converted (c):** 11/12/13 (c)  
**§341(a) Meeting Date:** 01/02/14  

**Period Ending:** 07/15/15  
**Claims Bar Date:** 06/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1206 Tucker Road, Calistoga, CA 94515, informati<br>House has been in wife's name for a long time.<br>Secured debt equals or exceeds value anyway. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Mechanics Bank, jt checking w/wife<br>Amended schedule B decreased balance. | 3,743.25 | 3,743.25 | | 0.00 | FA |
| 4 | Chase Bank, ck'ing acct xxxxxx3987 [$10k of this<br>Actual balance is higher but is frozen via writ of<br>attachment by judgment creditor. Approx. $10,000 is<br>in dispute. LItigation costs likely exceed benefit. | 10,532.00 | 0.00 | | 9,997.97 | FA |
| 5 | Mechanics Bank, jt checking w/wife | 3,545.18 | 48.93 | | 0.00 | FA |
| 6 | Chase Bank, business acct xxxxx3707 | 4,850.00 | 0.00 | | 0.00 | FA |
| 7 | E-Trade | 5,494.00 | 5,494.00 | | 2,338.63 | FA |
| 8 | Chase Bank, ck'ing acct xxxxxx3987 [$10k of this<br>This is the same acct. as asset no. 4. | 22,087.63 | 0.00 | | 0.00 | FA |
| 9 | household furnishings and appliances, camera equ | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | books and art, used in the home [no item, or col | 2,700.00 | 0.00 | | 0.00 | FA |
| 11 | clothing for debtor | 500.00 | 0.00 | | 0.00 | FA |
| 12 | watch for personal use | 150.00 | 0.00 | | 0.00 | FA |
| 13 | golf clubs for personal use | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Colt M1911 semi automatic handgun | 200.00 | 0.00 | | 0.00 | FA |
| 15 | interest in business known as [value of business | 1.00 | 0.00 | | 0.00 | FA |
| 16 | temporary patent for APP | 1.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 VW Jetta TDI, 125k miles in good condition<br>Not worth trying to sell for $1. Debtor probably made<br>mistake on his exemption claim. | 10,449.00 | 1.00 | | 0.00 | FA |
| 18 | office furnishings and equipment [computers, pri | 2,500.00 | 0.00 | | 0.00 | FA |
| 19 | misc office supplies [paper, ink, staples, pens, | 200.00 | 0.00 | | 0.00 | FA |
| 20 | Wine collection [altough retail value may be $10<br>Auction pending. | 5,000.00 | 5,000.00 | | 9,457.50 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11721  **Trustee:** (007810) Timothy W. Hoffman
**Case Name:** BRODY, STANLEY HERBERT  **Filed (f) or Converted (c):** 11/12/13 (c)
   **§341(a) Meeting Date:** 01/02/14
**Period Ending:** 07/15/15  **Claims Bar Date:** 06/12/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20  Assets  Totals (Excluding unknown values) | $74,853.06 | $14,287.18 | | $21,794.10 | $0.00 |

**Major Activities Affecting Case Closing:**

D says he is amending Schedules I and J and SFA. Cont. hrg. to see what the changes are
1/30/14 amendment to B and C
1/31 demand letter for turnover
2/21/14 proceeds of Etrade account received
3/3/14 auctioneer has valued wine collection
Claim Bar Deadline: 6/12/14
4/2/14 motion to sell wine collection
4/4/14 Order to employ West Auctions as auctioneer
4/28/14 Order to approve motion to sell wine collection
5/14/14 Report of Sale
7/21/14 Bank turnover of nonexempt funds.
8/7/14 Order to employ Pierotti as accountant
prompt determination runs April 15, 2015
2/3/15 Pierotti filed a fee application
2/3/15 Auctioneer fee application submitted
2/25/15 Final Reports sent to UST office
5/15/15 Fee Hearing
5/22/15 order to approve fees approved
5/27/15 Distribution sent to creditors
6/9/15 All checks cleared
7/15/15 TDR sent to UST

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** February 25, 2015 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-11721  
**Case Name:** BRODY, STANLEY HERBERT  

**Taxpayer ID #:** **-***3844  
**Period Ending:** 07/15/15  

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $92,391,005.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/14 | {7} | Stanley Brody | Proceeds of E-Trade acct. | 1129-000 | 2,338.63 | | 2,338.63 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,328.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,318.63 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,308.63 |
| 05/14/14 | | West Auctions | Sale of wine collection at auction | | 7,317.37 | | 9,626.00 |
| | {20} | | Sale of wine at auction       9,457.50 | 1129-000 | | | 9,626.00 |
| | | tWest Auctions | Auctioneer fees       -1,134.90 | 3610-000 | | | 9,626.00 |
| | | West Auctions | Auctioneer expenses       -1,005.23 | 3620-000 | | | 9,626.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,616.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.36 | 9,602.64 |
| 07/21/14 | {4} | JP Morgan Chase Bank | Nonexempt portion of bank acct. | 1129-000 | 9,997.97 | | 19,600.61 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.50 | 19,581.11 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.22 | 19,553.89 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.00 | 19,523.89 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.01 | 19,494.88 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.23 | 19,469.65 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.73 | 19,437.92 |
| 01/23/15 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #13-11721 | 2300-000 | | 62.21 | 19,375.71 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.95 | 19,347.76 |
| 05/27/15 | 102 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $1,173.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,173.00 | 18,174.76 |
| 05/27/15 | 103 | Kokjer, Pierotti, Maiocco & Duck, LLP | Dividend paid 100.00% on $70.52, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 70.52 | 18,104.24 |
| 05/27/15 | 104 | American InfoSource LP as agent for | Dividend paid 3.05% on $3,202.86; Claim# 1; Filed: $3,202.86; Reference: | 7100-000 | | 97.90 | 18,006.34 |
| 05/27/15 | 105 | Asset Acceptance LLC | Dividend paid 3.05% on $124,722.21; Claim# 2; Filed: $124,722.21; Reference: | 7100-000 | | 3,812.17 | 14,194.17 |
| 05/27/15 | 106 | Asset Acceptance LLC | Dividend paid 3.05% on $7,351.08; Claim# 3; Filed: $7,351.08; Reference: | 7100-000 | | 224.69 | 13,969.48 |
| 05/27/15 | 107 | Discover Bank | Dividend paid 3.05% on $3,525.32; Claim# 4; Filed: $3,525.32; Reference: | 7100-000 | | 107.75 | 13,861.73 |
| 05/27/15 | 108 | Lynn H. chou | Dividend paid 3.05% on $203,827.00; Claim# 5; Filed: $203,827.00; Reference: | 7100-000 | | 6,230.04 | 7,631.69 |
| 05/27/15 | 109 | LVNV Funding, LLC its successors and assigns as | Dividend paid 3.05% on $11,358.61; Claim# 6; Filed: $11,358.61; Reference: | 7100-000 | | 347.18 | 7,284.51 |

Subtotals: $19,653.97    $12,369.46

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-11721  
**Case Name:** BRODY, STANLEY HERBERT  

**Taxpayer ID #:** **-***3844  
**Period Ending:** 07/15/15  

**Trustee:** Timothy W. Hoffman (007810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8866 - Checking Account  
**Blanket Bond:** $92,391,005.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/27/15 | 110 | American Express Bank, FSB | Dividend paid 3.05% on $3,662.35; Claim# 7; Filed: $3,662.35; Reference: | 7100-000 | | 111.94 | 7,172.57 |
| 05/27/15 | 111 | Cushman Rexrode Capital Corporation | Dividend paid 3.05% on $136,516.47; Claim# 8; Filed: $136,516.47; Reference: | 7100-000 | | 4,172.67 | 2,999.90 |
| 05/27/15 | 112 | Timothy W. Hoffman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,999.90 | 0.00 |
| | | | Dividend paid 100.00% 2,929.41 on $2,929.41; Claim# ; Filed: $2,929.41 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 70.49 on $70.49; Claim# ; Filed: $70.49 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,653.97 | 19,653.97 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,653.97 | 19,653.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $19,653.97 | $19,653.97 | |

Net Receipts : 19,653.97  
Plus Gross Adjustments : 2,140.13  
_____  
Net Estate : $21,794.10

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8866 | 19,653.97 | 19,653.97 | 0.00 |
| | $19,653.97 | $19,653.97 | $0.00 |

{} Asset reference(s)